## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BEVERLY BOYKIN** ) | |
| ) | Case Number:3:10-cv-00866 |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| **AMERICAN COLLECTIONS** ) | |
| **ENTERPRISE, INC.** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Beverly Boykin, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Attorney I.D. #89677
Warren & Vullings, LLP
1603 Rhawn Street
Philadelphia, PA  19111
215-745-9800